

"York, Gail \(USAARE\)"
<Gail.York@usdoj.gov>

03/23/2006 11:35 AM

To   <clerksoffice@ared.uscourts.gov>

cc

bcc

Subject   Substitute pleadings


Re:    United States v. Cavalcante, Clinton, Castro and Richmond
4:06CR00072 WRW - substitute pleadings # 53, 54, and 55
Due to error in signature block

<<Calvante Restitution mem.pdf>> <<Castro -Richmond Restitution Memorandum.pdf>> <<Clinton Restitution Memorandum.pdf>>

I emailed substitute pleadings yesterday but they were not in pdf format.  I am sorry for the confusion.  I did not understand that you needed the pdf version.

Any further problems please call me.

Gail York
340-2655

      

Calvante Restitution mem.pdf   Castro -Richmond Restitution Memorandum.pdf   Clinton Restitution Memorandum.pdf